IN RE: Rafael BURGOS, Juan Hancke, Evelyn Jara, Maria Hidalgo, Appellants

2017-1714

United States Court of Appeals, Federal Circuit.

February 12, 2018

J. MARK POHL, Pharmaceutical Patent Attorneys, LLC, Morristown, NJ, argued for appellants.

AMY J. NELSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN K. KELLEY, KAKOLI CAPRIHAN, THOMAS W. KRAUSE.

(Prost, Chief Judge, Moore and Chen, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**

Paul Andrew LEITNER-WISE, Plaintiff-Appellant

v.

LWRC INTERNATIONAL, LLC, Sig Sauer Inc., Defendants-Appellees

2017-1852

United States Court of Appeals, Federal Circuit.

February 12, 2018

MATTHEW AUGUST LEFANDE, Matthew August LeFande Attorney at Law PLLC, Arlington, VA, argued for plaintiff-appellant.

NOAM BARAK FISCHMAN, Polsinelli PC, Washington, DC, argued for defendant-appellee LWRC International, LLC. Also represented by DANIEL JOSEPH DONOHUE.

LAURA CARROLL, Burns & Levinson, LLP, Boston, MA, argued for defendant-appellee Sig Sauer Inc. Also represented by ERIC G.J. KAVIAR.

(Prost, Chief Judge, Moore and Chen, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**